IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR EARL THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2: 04-CV-2837-RRA |
| DONAL CAMPBELL, et. al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 20, 2005, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), and the plaintiff's request for a temporary restraining order and preliminary injunctive relief be denied. The plaintiff filed objections to the report and recommendation on June 7, 2005.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be DISMISSED for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b), and the plaintiff's request for a temporary restraining order and preliminary injunctive relief is due to be DENIED. An appropriate order will be entered.

DONE this 30th day of June, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE